# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NATALIE BROOKE AVERY

VERSUS

AARON BROCK AVERY

NO.   2024 CW 0116

**FEBRUARY 9, 2024**

---

In Re:   Aaron Brock Avery, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 213,543.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**


**STAY DENIED AS MOOT; WRIT GRANTED.**   The family court's January 29, 2024 in-court ruling granting Natalie Brooke Avery's request for an interim change in custody and relocation of the parties' minor child is hereby reversed.   The person proposing relocation has the burden of proof that the proposed relocation is made in good faith and is in the best interest of the child. La. R.S. 9:355.10.   We find Natalie Brooke Avery failed to meet her burden of proof.   Therefore, her request for an interim change in custody of the parties' minor child pending the April 22, 2024 custody modification and relocation trial is denied.

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT